UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ROGER W. SHERMAN | CIVIL NO. 09-491 (PJS/JSM) |
| Petitioner, | |
| v. | ORDER |
| Warden M. CRUZ | |
| Respondent. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 23, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

Roger W. Sherman's Petition for Writ of Habeas Corpus [Docket No. 1] is **DISMISSED WITH PREJUDICE.**

Dated: 10/23/09         s/Patrick J. Schiltz
                        Patrick J. Schiltz
                        United States District Judge